IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action |
| ) | No. 22-03028-01-CR-S-BP |
| ) | |
| ANTHONY LEE WOODROW, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now pending before the Court is Defendant's *Motion for Reconsideration of Pretrial Release* (doc. 26). An Order of Detention was entered on March 9, 2022 (doc. 14).

The Court has reviewed Defendant's request to review his bond status and reconsider the prior Order of Pretrial Detention entered against Defendant. The Court has also reviewed the Government's Response to Defendant's Motion for Reconsideration (doc. 27). The Court has also reviewed the Pretrial Services Report filed in this case (doc. 9).

Defendant's Motion for Reconsideration of Pretrial Release is **DENIED**.

**IT IS SO ORDERED.**

DATE:   July 6, 2022

                                        */s/ David P. Rush*
                                        DAVID P. RUSH
                                        United States Magistrate Judge