# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ANTHONY LEE WOODROW, )<br>)<br>Defendant. ) | Case No. 22-03028-01-CR-S-BP |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On October 17, 2022, the Honorable David P. Rush issued a Report and Recommendation, suggesting that Defendant's Motion to Suppress Alleged Identification of Defendant Based Upon Government's Unavailable Evidence and/or Dismissal of Indictment on the Lack of Identification Evidence be denied. (Doc. 23.) No party levied an objection, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1); Local Rule 74.1(b). The Court has conducted a *de novo* review of the Record and Judge Rush's Report and Recommendation. It agrees with his conclusions. Therefore, the Report and Recommendation is adopted in its entirety, and Defendant's Motion, (Doc. 23), is **DENIED**.

**IT IS SO ORDERED.**

Date: <u>November 22, 2022</u>

                                                    /s/ Beth Phillips
                                                    BETH PHILLIPS, CHIEF JUDGE
                                                    UNITED STATES DISTRICT COURT