# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 22-03028-01-CR-S-BP |
| ) | |
| ANTHONY LEE WOODROW, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On July 21, 2023, the Honorable David P. Rush, Magistrate Judge for this District, issued a Report and Recommendation, suggesting that Defendant's Motion to Suppress Evidence Obtained From an Illegal Traffic Stop be denied. (Doc. 76.) No party levied an objection, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1); Local Rule 74.1(b). The Court has conducted a *de novo* review of the Record and Judge Rush's Report and Recommendation. It agrees with his conclusions. Therefore, the Report and Recommendation is adopted in its entirety, and Defendant's Motion, (Doc. 68), is **DENIED**.

**IT IS SO ORDERED.**

Date: <u>August 11, 2023</u>

            /s/ Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
UNITED STATES DISTRICT COURT